FILED
September 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002901260

JEFFREY M. VETTER
CHAPTER 7 TRUSTEE
P.O. BOX 2424
BAKERSFIELD, CA 93303
(661) 809-6806

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:

CRT LAND COMPANY, INC.

Debtor(s).

Case No: 08-13245-B-7

Chapter 7

DC No. JMV-2

**APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION**

Date: September 30, 2010
Time: 10:00 am
Place: U.S. Bankruptcy Court
1300 18th Street, Suite A
Bakersfield, California
Judge: W. Richard Lee

By way of the *Application for Order Authorizing Trustee to Sell Personal Property at Public Auction*, Jeffrey M. Vetter, Chapter 7 Trustee, respectfully represents:

1. CRT Land Company, Inc. ("Debtor") filed for relief under Chapter 7 on February 10, 2010. Jeffrey M. Vetter ("Trustee"), is the duly qualified, appointed, and acting trustee in the Chapter 7 case filed by Debtors.

//
//

2. The assets of the estate include a 2006 Gooseneck Trailer ("Personal Property"), which the Trustee desires to sell at public auction.

3. The trustee must liquidate the Personal Property for the benefit of the creditors. Based on the Trustee's experience, the Trustee believes that he will obtain the best and highest net recovery to this estate by selling the Personal Property at a public auction through the employment and services of a licensed auctioneer.

4. The Trustee entered in to an agreement with Jerry Gould of Gould Auction and Appraisal Company ("Auctioneer"). To advertise, manage, and conduct the auction. Jerry Gould is the owner and operator of Gould Auction & Appraisal Company and is authorized to review this application and agree to the terms and conditions contained herein. The date for the public auction sale is October 23, 2010, and will be held at 1731 Arts Street, Bakersfield, California

5. The Trustee filed a separate Application of Trustee for Order Authorizing Employment of Auctioneer, which describes in detail the proposed compensation to be paid to Auctioneer. In summary, the Trustee proposes that the fees for professional services rendered by Auctioneer will not exceed 15% of the gross proceeds of the suction plus a one-time reimbursement of $100.00 for the pick up of the Personal Property. Additionally, Auctioneer may be reimbursed up to $100.00 for extraordinary expenses he incurs for repair of the Personal Property to ready it for sale.

6. The Trustee believes that a sale of the Personal Property at public auction is in the best interest of the estate because (a) it would be inefficient for the Trustee to search for buyers; (b) it allows the Trustee to liquidate all the Personal Property in a short period of time.

//
//
//
//
//
//
//

| | |
|---|---|
| 1 | WHEREFORE, Trustee prays that: |
| 2 | 1. The *Application for Order Authorizing Trustee to Sell Personal Property at |
| 3 | Public Auction* filed by Jeffrey M. Vetter, Chapter 7 Trustee be granted; |
| 4 | 2. The Trustee be authorized to sell the Personal Property of the estate at public |
| 5 | auction; |
| 6 | 3. The Trustee be authorized to pay Gould Auction and Appraisal Company |
| 7 | from the proceeds received from the auction pursuant to the terms and conditions set forth in the |
| 8 | *Order Authorizing Employment of Auctioneer to Conduct Public Auction*; |
| 9 | 4. The Trustee is given such other relief as the Court deems just and proper. |

Executed this 2nd day of September, 2010 at Bakersfield, California.

/s/ *Jeffrey M. Vetter*
Jeffrey M. Vetter
Chapter 7 Trustee

E-Filed by: Jeffery M. Vetter
661-809-6806
jeffreyvetter@hotmail.com